1  Clayeo C. Arnold, California SBN 65070
   carnold@justice4you.com
2  Christine M. Doyle, California SBN 106865
   cdoyle@justice4you.com
3  **CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION**
   865 Howe Avenue
4  Sacramento, California 95825
   916-924-3100 Telephone
5  916-924-1829 Facsimile

6  John A. Yanchunis, Florida SBN 324681
   jyanchunis@forthepeople.com
7  Tamra Givens, Florida SBN 657638
   tgivens@forthepeople.com
8  **MORGAN & MORGAN COMPLEX LITIGATION GROUP**
   201 North Franklin Street, 7th Floor
9  Tampa, Florida 33602
   813-223-5505 Telephone
10 813-223-5402 Facsimile

11 Mark Malek, Florida SBN 571385
   mark@legalteamusa.com
12 **ZIES WIDERMAN & MALEK**
   1990 West New Haven Avenue
13 Melbourne, Florida 32904
   321-255-2332 Telephone
14 321-255-2351 Facsimile

15 Attorneys for Plaintiffs,
   BOBBIE PACHECO DYER, and
16 putative Class

**CV 13 2858**

17  **UNITED STATES DISTRICT COURT**

18  **NORTHERN DISTRICT OF CALIFORNIA**  **EDL**

| | |
|---|---|
| 19 BOBBIE PACHECO DYER, on behalf of herself and all others similarly situated, | Case No.: |
| 20 | **CLASS ACTION COMPLAINT; DEMAND FOR JURY TRIAL** |
| 21 | |
| 22 Plaintiff, | **CLASS ACTION** |
| vs. | |
| 23 | |
| WELLS FARGO BANK, N.A., | |
| 24 | |
| 25 Defendant. | |

Plaintiff, BOBBIE PACHECO DYER, by and through her undersigned attorneys,

26

27 brings this Class Action Complaint against Defendant, WELLS FARGO BANK, N.A. ("Wells

28 Fargo") and alleges as follows:

**INTRODUCTION**

1. This is a class action brought pursuant to Federal Rule Civil Procedure 23 seeking damages for the individual plaintiff and the class she represents consisting of all individuals in the United States who worked for Wells Fargo Home Mortgage ("WFHM"), a division of Defendant, Wells Fargo Bank, N.A., as a Producing Branch Sales Manager or Home Mortgage Consultant during 2011, and continuing through the present, and who were not paid amounts due under WFHM's Incentive Compensation Plan ("the Class"). (A copy of WFHM's Incentive Compensation Plan is attached hereto as Exhibit "1" and incorporated herein by reference.)

2. This class action arises from WFHM's failure to compensate its Producing Branch Sales Managers and Home Mortgage Consultants as agreed pursuant to WFHM's Incentive Compensation Plan.

**PARTIES**

3. Plaintiff, Bobbie Dyer, is an individual residing in Melbourne, Florida. From November 1994 to April 2012, Ms. Dyer was employed by Wells Fargo Home Mortgage as a Producing Branch Sales Manager.

4. Defendant, Wells Fargo Bank, N.A., is a national bank with its principal place of business in San Francisco, California.

5. Wells Fargo Home Mortgage is a division of Defendant, Wells Fargo Bank, N.A. In 2004, Wells Fargo Home Mortgage, Inc. merged into Wells Fargo Bank, N.A. Subsequent to the merger, WFHM became a division of Wells Fargo Bank, N.A.

6. WFHM is the largest retail mortgage lender in the United States, originating

an estimated one out of every four home loans. In addition, WFHM is the second largest loan servicer in the country, servicing $1.8 trillion in home mortgages.

## JURISDICTION AND VENUE

7. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(d)(2) in that the matter in controversy, exclusive of interest and costs, exceeds the sum or value of $5,000,000 and is a class action in which members of the Class are citizens of a state different from Defendant.

8. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b)(1) because Defendant maintains its headquarters and principal place of business within the district of the United States District Court for the Northern District of California.

## INTRADISTRICT ASSIGNMENT

9A. This action arises in San Francisco County because that is the county within the Northern District of California where a substantial part of the events or omissions giving rise to the claims asserted herein arose. In addition, Defendant's headquarters is located in San Francisco County.

## ALLEGATIONS COMMON TO ALL COUNTS

9. WFHM is the largest retail mortgage lender in the United States, originating an estimated one out of every four home loans.

10. WFHM employs Producing Branch Sales Managers and Home Mortgage Consultants to secure residential mortgage transactions on WFHM's behalf.

11. Commencing in 2011 and continuing to the present WFHM Producing Branch Sales Managers have been compensated pursuant to the terms and conditions contained in WFHM's 2011 Incentive Compensation Plan (the "Plan").

12. WFHM implements an incentive compensation plan on an annual basis. Upon information and belief, the relevant provisions of WFHM's incentive compensation plan from 2011 and continuing through the present (the "Class Period") have been uniform.

CLASS ACTION COMPLAINT - 3

13. Pursuant to the Plan, Producing Branch Sales Managers are paid a base salary plus the following components: (a) monthly commission; (b) personal production performance scorecard bonuses; (c) monthly volume override; (d) quarterly variable forecast model bonus; and (e) direct & indirect report performance scorecard bonus.

14. Pursuant to the Plan, a basis point ("bp") is defined as one one-hundredth of one percent, or 0.01%.

15. Under the Plan's Standard Commission Schedule, monthly commission is determined by the type of residential mortgage and the monthly funded volume (dollars or units) of residential mortgage business secured by the employee.

16. The Standard Commission Schedule determines the commission rate based on the employee's monthly funded and referred dollar volume that funds or funded and referred units that fund, whichever is greater. The higher rate derived from the schedule per units or dollar volume applies. The commission rate is applied to the funded loan dollar volume to determine commission credit. The Standard Commission Schedule is set forth below:

| Monthly Units Funded and referred by Employee | Monthly Dollar Volume ($) Funded and Referred by Employee | Monthly Commission Rate(bps) | Semi-Annual Personal Production Scorecard Bonus Rate (bps) | Total Opportunity (bps) |
|---|---|---|---|---|
| 1-6 | $0-$899,999 | 43 | 6 | 49 |
| 7-9 | $900,000-$1,399,999 | 48 | 6 | 54 |
| 10-12 | $1,400,000-$1,899,999 | 58 | 6 | 64 |
| 13 and above | $1,900,000 and above | 63 | 6 | 69 |

17. According to the Standard Commission Schedule, monthly commission rates

1    may range from 43 bps to 63 bps, depending upon the greater of the employees'
2    monthly funded and referred dollar volume that funds or funded and referred units that
3    fund.

4        18. Upon information and belief, Home Mortgage Consultants are paid
5    commissions pursuant to the same or a substantially similar version of the Standard
6    Commission Schedule described above.

7        19. Upon information and belief, the vast majority of Producing Sales Branch
8    Managers and Home Mortgage Consultants perform at a level which entitles them to 63
9    bps under the Standard Commission Schedule.

10        20. The standard commission rates set forth in the Standard Commission
11   Schedule apply except in instances where the Plan sets forth a different, specific rate
12   applicable to a particular loan type.

13        21. Section 4 of the Plan addresses the following: (a) "Specialty Refinance
14   Rate"; (b) "WFHM loan of a Freddie Mac to Freddie Mac Relief Refinance Mortgage
15   refinanced loan commission credit rates are per the standard commission schedule";
16   and (c) "WFHM loan of a Freddie Mac to Freddie Mac Relief Refinance Mortgage/Three
17   (3) Step Express refinanced loan commission credit rates are per the standard
18   commission schedule."

19        22. Despite the provisions of Section 4 of the Plan set forth above, which assign
20   commissions at a rate per the Standard Commission Schedule (typically 63 pbs), WFHM
21   pays commissions for the loans identified in paragraph 21 above at a flat 43 bps,
22   thereby depriving Producing Sales Branch Managers and Home Mortgage Consultants of
23   commissions to which they are entitled, in breach of the Plan.

24                    **PLAINTIFF'S FACTUAL ALLEGATIONS**

25        23. From November 1994 to April 2012, Plaintiff, Bobbie Dyer, was employed by
26   WFHM as a Producing Sales Branch Manager.

27        24. During 2010 and 2011, Plaintiff secured WFHM loans of Freddie Mac to

28

CLASS ACTION COMPLAINT - 5

1   Freddie Mac Relief Refinance Mortgage refinanced loans and WFHM loans of Freddie

2   Mac to Freddie Mac Relief Refinance Mortgage/Three (3) Step Express refinanced loans.

3       25. At all relevant times, Plaintiff was eligible to receive commissions at a rate of

4   63 bps pursuant to the Standard Commission Schedule.

5       26. Despite the Plan provisions of Section 4 of the Plan, discussed above, which

6   required commission credit rates to be based upon the Standard Commission Schedule

7   and despite Plaintiff's eligibility to be paid commissions based upon a rate of 63 bps,

8   Defendant only paid Plaintiff commissions based upon a flat rate of 43 bps for her

9   secured WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage

10  refinanced loans and WFHM loans of Freddie Mac to Freddie Mac Relief Refinance

11  Mortgage/Three (3) Step Express refinanced loans.

12      27. In addition, Defendant failed to pay Plaintiff other amounts due pursuant to

13  the Plan, including but not limited to, personal production performance scorecard

14  bonuses, monthly volume override, quarterly variable forecast model bonus, and direct

15  & indirect report performance scorecard bonus.

16                          **CLASS ACTION ALLEGATIONS**

17      28.    Pursuant to Fed. R. Civ. P. 23(b)(2) and 23(b)(3), Plaintiff brings this

18  action on her own behalf and on behalf of all individuals in the United States who

19  worked for WFHM, a division of Wells Fargo Bank, N.A., as a Producing Branch Sales

20  Manager or Home Mortgage Consultant during 2011 through the present and were not

21  paid amounts due under WFHM's Plan ("the Class").

22      29.    The members of the Class are so numerous that joinder of all members is

23  impracticable. The Class is made up of thousands of members. The precise number of

24  Class members can only be ascertained through discovery, which includes Defendant's

25  sales records. The disposition of their claims through a class action will benefit both the

26  parties and this Court.

27  ///

28  ///

CLASS ACTION COMPLAINT - 6

1

**COMMON QUESTIONS OF LAW AND FACT**

2      30.      There is a well-defined community of interest in the questions of law and
3   fact affecting the members of the Class.

4      31.      The questions of law and fact common to the Class predominate over
5   questions which may affect individual members, and include but are not limited to the
6   following:

7      a.      Whether the Plan required Defendant to pay commissions for WFHM loans
8   of Freddie Mac to Freddie Mac Relief Refinance Mortgage refinanced loans and WFHM
9   loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage/Three (3) Step Express
10  refinanced loans based upon the Standard Commission Schedule;

11     b.      Whether Defendant had a corporate practice of failing to pay commissions
12  for WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage refinanced
13  loans and WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage/Three
14  (3) Step Express refinanced loans based upon the Standard Commission Schedule;

15     c.      Whether Defendant is in breach of the Plan; and

16     d.      Whether Defendant failed to pay amounts due under the Plan.

17

**TYPICALITY**

18     32.      The claims and defenses of Ms. Dyer as the representative Plaintiff is
19  typical of the claims and defenses of the Class because Plaintiff and the Class members
20  were all employed by Defendant as Producing Branch Sales Managers or Home
21  Mortgage Consultants, responsible for securing residential mortgage loans on
22  Defendant's behalf. Plaintiff, like all Class Members, was not paid amounts due under
23  the Plan, including commissions due as a result of Defendant's failure to pay
24  commissions for WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage
25  refinanced loans and WFHM loans of Freddie Mac to Freddie Mac Relief Refinance
26  Mortgage/Three (3) Step Express refinanced loans based upon the Standard
27  Commission Schedule.

28  ///

CLASS ACTION COMPLAINT - 7

**ADEQUACY OF REPRESENTATION**

33.    Ms. Dyer, as the representative Plaintiff, will fairly and adequately assert and protect the interests of the Class because:

a.    Plaintiff has hired attorneys who are experienced in prosecuting class action claims and will adequately represent the interests of the Class; and

b.    Plaintiff has no conflict of interest that will interfere with the maintenance of this Class Action.

**PREDOMINANCE**

34.    Questions common to the Class predominate over those which only affect individual owners.    This case involves uniform breaches of Defendant's uniform incentive compensation plan from 2011 and continuing through the present that are equally applicable to all Class members.

**SUPERIORITY**

35. This Class Action provides a fair and efficient method for the adjudication of controversy for the following reasons:

a.    The common questions of law and fact set forth above predominate over any questions affecting only individual Class members;

b.    The Class is so numerous as to make joinder impracticable.  The Class, however, is not so numerous as to create manageability problems.  There are no unusual legal or factual issues which would create manageability problems;

c.    Prosecution of a separate action by individual members of the Class would create a risk of inconsistent and varying adjudications against Defendant when confronted with incompatible standards of conduct;

d.    The claims of the individual Class members are small in relation to the expenses of litigation, making a class action the only procedure in which Class members can, as a practical matter, recover.

e.    A class action would be superior to and more efficient than adjudicating thousands of individual lawsuits.

CLASS ACTION COMPLAINT - 8

## FIRST CAUSE OF ACTION

### Breach of Contract

### (By Plaintiff and the Class Against Defendant Wells Fargo Bank, N.A.)

36.  Plaintiff individually and for the Class incorporates by reference all preceding paragraphs, as though fully set forth herein, and avers against Defendant as follows.

37.  Plaintiff brings this claim on behalf of herself and the Class.

38.  Defendant entered into a compensation agreement with Plaintiff and Class members from 2011 through the present whereby Defendant agreed to compensate them based upon the terms and conditions of the Plan.

39.  The incentive compensation plan entered into between Defendant and Plaintiff and the Class members is identical in all respects material and relevant to this action.

40.  Under the terms of the Plan, Defendant was required to pay commissions for WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage refinanced loans and WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage/Three (3) Step Express refinanced loans based upon the Standard Commission Schedule.

41.  In addition, Defendant was required to pay amounts under the Plan for personal production performance scorecard bonuses, monthly volume overrides, quarterly variable forecast model bonuses, and direct & indirect report performance scorecard bonuses.

42.  Defendant breached the Plan in at least the following ways:

a.  Paying commissions for WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage refinanced loans and WFHM loans of Freddie Mac to Freddie Mac Relief Refinance Mortgage/Three (3) Step Express refinanced loans based upon a flat commission rate of 43 bps rather than pursuant to the Standard Commission Schedule; and

CLASS ACTION COMPLAINT - 9

1    b.    Failing to pay amounts for personal production performance scorecard
2  bonuses, monthly volume overrides, quarterly variable forecast model bonuses, and
3  direct & indirect report performance scorecard bonuses.

4    43.    As a direct and proximate result of Defendant's foregoing breaches,
5  Plaintiff and Class members have suffered damages.

6    44.    Plaintiff, individually and on behalf of all others similarly situated,
7  respectfully requests judgment be entered in her favor, awarding compensatory
8  damages, interest and costs, and such other equitable, injunctive, declaratory and
9  restitutionary relief as the Court deems just and proper.

10                              **PRAYER FOR RELIEF**

11    WHEREFORE, Plaintiff, on behalf of herself and all others similarly situated, prays
12  for relief against Defendant as follows:

13    a.    Certify the plaintiff Class defined herein;

14    b.    Appoint Plaintiff Bobbie Dyer as Class Representative;

15    c.    Appoint Plaintiff's counsel as Lead Class Counsel;

16    d.    Award Plaintiff and Class Members compensatory damages as authorized
17  by law;

18    e.    Award Plaintiff and Class Members costs and attorneys' fees as authorized
19  by law;

20    f.    Award Plaintiff and Class Members all appropriate equitable, injunctive
21  and declaratory relief, restitution and damages; and

22    g.    Grant such other or further relief as allowed by law and as the Court
23  deems appropriate.

24                              Respectfully submitted,

25  Dated: June 20, 2013              By: */s/ Clay Arnold*
                                      Clayeo C. Arnold, California SBN 65070
26                                    carnold@justice4you.com
                                      Christine M. Doyle, California SBN 106865
27                                    cdoyle@justice4you.com
                                      **CLAYEO C. ARNOLD, A PROFESSIONAL LAW**
28                                    **CORPORATION**

CLASS ACTION COMPLAINT - 10

865 Howe Avenue
Sacramento, California 95825
916-924-3100 Telephone
916-924-1829 Facsimile

John A. Yanchunis, Florida SBN 324681
jyanchunis@forthepeople.com
Tamra Givens, Florida SBN 657638
tgivens@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION
GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
813-223-5505 Telephone
813-223-5402 Facsimile

Mark Malek, Florida SBN 571385
mark@legalteamusa.com
**ZIES WIDERMAN & MALEK**
1990 West New Haven Avenue
Melbourne, Florida 32904
321-255-2332 Telephone
321-255-2351 Facsimile

Attorneys for Plaintiff,
BOBBIE PACHECO DYER, and
putative Class

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Respectfully submitted,

Dated: June 20, 2013        By: */s/ Clay Arnold*
Clayeo C. Arnold, California SBN 65070
carnold@justice4you.com
Christine M. Doyle, California SBN 106865
cdoyle@justice4you.com
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW
CORPORATION**
865 Howe Avenue
Sacramento, California 95825
916-924-3100 Telephone
916-924-1829 Facsimile

John A. Yanchunis, Florida SBN 324681
jyanchunis@forthepeople.com
Tamra Givens, Florida SBN 657638
tgivens@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION
GROUP**
201 North Franklin Street, 7th Floor
Tampa, Florida 33602
813-223-5505 Telephone

CLASS ACTION COMPLAINT - 11

813-223-5402 Facsimile

Mark Malek, Florida SBN 571385
mark@legalteamusa.com
**ZIES WIDERMAN & MALEK**
1990 West New Haven Avenue
Melbourne, Florida 32904
321-255-2332 Telephone
321-255-2351 Facsimile

Attorneys for Plaintiff,
BOBBIE PACHECO DYER, and
putative Class

CLASS ACTION COMPLAINT - 12



### Wells Fargo Home Mortgage
### 2011 Incentive Compensation Plan for
### Branch Sales Manager - Producing

*Section I. PURPOSE*

The Wells Fargo Home Mortgage ("WFHM" or the "Employer") Incentive Compensation Plan (the "Plan") for a Branch Sales Manager ("Employee") is designed to accomplish the following objectives:

- To encourage superior human resources management, HMC productivity, profit, and residential mortgage marketing, counseling and placement;
- To encourage Employee to secure high quality residential mortgages transactions that meet WFHM guidelines and regulatory requirements

For purposes of the Plan, Wells Fargo & Company shall be referred to as "Wells Fargo."

*Section II. EFFECTIVE DATE OF THE PLAN*

The Plan is effective for loans that have locked April 1, 2011 and after (the "Effective Date"). The terms and conditions of the Plan are subject to periodic review and may be adjusted by WFHM. (See "Amendment and Termination of the Plan" in Section VI.D.)

This Plan reflects WFHM's expectations of the mortgage-lending environment. The Plan is subject to change at any time at the Employer's sole discretion. WFHM will continue to monitor market conditions and may modify any of the provisions of the Plan.

*Section III. ELIGIBILITY*

Team Members of WFHM, a division of Wells Fargo Bank, N.A., or of a participating employer¹ classified as Employees within National Consumer Lending are eligible to participate in this Plan. Other team members are eligible to participate only at the discretion of the Executive Vice President, Retail National Sales Manager, or their designated representative.

To be eligible for compensation under the Plan, you must satisfy minimum standards and requirements as set forth in the Plan. Additionally, you must adhere to Wells Fargo's Code of Ethics and Business Conduct, Wells Fargo's employment policies, and the compliance and risk management accountability requirements for your position including, but not limited to, compliance with all policies, laws, rules, and regulations applicable to WFHM business activities as a condition precedent to earning compensation under the Plan. Failure to meet these minimum standards and requirements will disqualify you from earning compensation under the Plan (unless otherwise determined by WFHM) and may result in corrective action, including, but not limited to, immediate termination of employment. Please refer to the Handbook for Wells Fargo Team Members for information about Wells Fargo's employment policies, the Code of Ethics and Business Conduct, and the Compliance and Risk Management Accountability Policies.

**Compliance with Laws and Governance**

The determination and payment of any incentive compensation under the Plan is subject to the conditions and restrictions imposed under applicable laws, rules and regulations. A Participant's rights to or receipt of compensation under the Plan may be limited, modified, cancelled or recovered to ensure compliance with all such applicable laws, rules, regulations and guidance that may be issued there under. In addition, the Plan Administrator and/or WFHM is subject to the authority of the Human Resources Committee of Wells Fargo's Board of Directors (the "HRC") has the full discretionary authority to adjust or amend a Participant's incentive opportunity or incentive payout under the Plan at any time.

---

¹ A participating employer means any subsidiary or joint venture partner of Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., that elects to participate in the Plan, subject to the approval of Wells Fargo Home Mortgage. For purposes of this Plan, all references to "Employer" includes such participating employers.



PLAINTIFF'S
EXHIBIT

Incentive compensation awards under the Plan may be paid in the form of cash or equity, or a combination thereof, in WFHM's discretion. To the extent all or a portion of an award will be paid in equity, the equity award will be made under the Wells Fargo & Company Long Term Incentive Compensation Plan (the "LTICP"). LTICP awards are conditioned upon and subject to the approval of the HRC and are subject to such terms and conditions as approved by the HRC in accordance with the provisions of the LTICP as reflected in the applicable award agreement.

## Section IV. COMPENSATION

A. **General.** Compensation shall be comprised of a salary set by the Employer plus the following components:
- Monthly Commission
- Personal Production Performance Scorecard Bonus;
- Monthly Volume Overrides
- Quarterly Variable Forecast Model Bonus; and
- Direct & Indirect Report Performance Scorecard Bonus.

For all Plan provisions, a basis point ("bp") shall be defined as one one-hundredth of one percent (1 bp = 0.0001 or 0.01%).

Provided Employee satisfies all conditions and minimum requirements as set forth in the Plan, and subject to all Plan terms, commission credit will be granted for the month in which the loan actually funds (i.e. disbursement of funds to the closing/settlement agent). Funded loans will be reported in dollars and units on the Actual versus Plan (P&L) statement.

As used in this Plan, "incentive" refers to commissions, bonuses, and all other incentive payments for which the Employee is eligible under this Plan.

## B. Standard Commission Schedule.

Commission rate of pay under this Plan is determined by the type of residential mortgage and the monthly funded volume (dollars "$" or units) of residential mortgage business secured by Employee. Commission credit shall be based on the following standard commission schedule, subject to any modifications set out in Attachment A hereto, which is incorporated by reference, and which may be amended or modified by Employer at any time.

1. Standard Commission Schedule

The Standard Commission Schedule determines the commission rate based on the Employee's monthly funded and referred dollar volume that funds or funded and referred units that fund, whichever is greater. The higher rate derived from the schedule per units or dollar volume applies.

The commission rate is applied to the funded loan dollar volume to determine commission credit.

| Monthly Units Funded and Referred by Employee | Monthly Dollar Volume ($) Funded and Referred by Employee | Monthly Commission Rate (bps) | Semi-Annual Personal Production Scorecard Bonus Rate (bps) | Total Opportunity (bps) |
|---|---|---|---|---|
| 1 – 6 | $0 - $899,999 | 43 | 8 | 51 |
| 7 – 9 | $900,000 - $1,399,999 | 48 | 6 | 54 |
| 10 – 12 | $1,400,000 - $1,899,999 | 58 | 6 | 64 |
| 13 and above | $1,900,000 and above | 65 | 6 | 66 |

These standard commission rates apply unless a different, specific rate applies. Commission rate for any loan types described below shall be according to the provisions below in lieu of this Standard Commission Schedule.

For purposes of determining the purchase and refinance commission ratio:

- WFHM to WFHM refinanced loan commission rates are a flat 43 bps.
- Portfolio Loans (funded and referred) shall be included in monthly funded dollar ($) volume or units
- Brokered out loans (funded and referred), and construction loans shall be excluded from monthly funded dollar ($) volume or units.
- Referrals to program specialists (including Corporate Connection) shall be included in the monthly funded dollar ($) volume or units. Referrals to program specialists count for commission credit tiering on personal transactions. Referral dollar ($) volume and units count in the month that the referral funds with the program specialist.
- Wells Fargo Home Equity loans and lines of credit (funded and referred) shall be included in $ volume totals based on the initial utilized balance.
- All Wells Fargo Home Equity loans funded and referred in the first position, shall be included in monthly funded unit totals. All other Wells Fargo Home Equity loans and lines of credit (funded and referred) shall be excluded from unit totals. Commission rates on these loan types are described below.
- All Wells Fargo Bank referral loans that fund shall have a commission rate of a flat 43 bps.
- Minimum commission credit per loan of $700. Excluding certain refinances within six (6) months as described below.
- Maximum commission credit per loan of $10,000.

**Commission Examples:**

| Month | Purchase Loan Fundings | | External Refi Loan Fundings | | Wells to Wells Refi Loan Fundings | | Commission Rate on Purchase Loans | Commission Rate on External Refi Loans | Commission Rate on Wells to Wells Refi Loans | Total Commission Credit |
|---|---|---|---|---|---|---|---|---|---|---|
| | Units | Volume $ | Units | Volume $ | Units | Volume $ | | | | |
| Feb | 4 | $500,000 | 2 | $250,000 | 2 | $250,000 | 48 bps | 48 bps | 43 bps | $4,875 |
| May | 9 | $1,000,000 | 2 | $250,000 | 2 | $250,000 | 63 bps | 63 bps | 43 bps | $8,950 |
| June | 3 | $200,000 | 5 | $500,000 | 5 | $500,000 | 63 bps | 63 bps | 43 bps | $6,500 |
| July | 10 | $1,500,000 | 2 | $300,000 | 2 | $300,000 | 63 bps | 63 bps | 43 bps | $11,750 |

**2. Refinances within six (6) months.**
Employee will not be eligible for commission credit on the refinance of an existing WFHM loan that originally funded less than three (3) months prior to the refinance funding date. Commission rate on a refinance of an existing WFHM loan that originally funded four (4) to six (6) months prior to the refinance funding date shall be no greater than 25 bps of the funded loan volume. The minimum commission credit per loan is applicable to refinances within six (6) months.

**3. Refinances within six (6) months with a loan having a pre-pay penalty**
Employee will not be eligible for commission credit on the refinance of an existing WFHM loan that originally funded less than six (6) months prior to the refinance funding date with any loan or line of credit having a pre-pay penalty.

**4. Specialty Refinance Rates**

- HARP Three (3) Step refinanced loan commission credit rates are per the standard commission schedule.
- WFHM loan of a Freddie Mac to Freddie Mac Relief Refinance Mortgage refinanced loan commission credit rates are per the standard commission schedule WFHM loan of a Freddie Mac to Freddie Mac Relief Refinance Mortgage/ Three (3) Step Express refinanced loan commission credit rates are per the standard commission schedule
- Traditional Three (3) Step Express refinanced loan commission credit rates are a flat 43 bps. (WFHM to WFHM refinance)
- Traditional Three (3) Step Rate/Term Refi refinanced loan commission credit rates are a flat 43 bps. (WFHM to WFHM refinance)
- Traditional Three (3) Step Cash Out Refi refinanced loan commission credit rates are a flat 43 bps. (WFHM to WFHM refinance )
- WFHM loan of a Fannie Mae to Fannie Mae Refi Plus refinanced loan commission credit rates are per the standard commission schedule
- WFHM loan of a Fannie Mae to Fannie Mae DU Refi Plus refinanced loan commission credit rates are per the standard commission schedule
- Non WFHM loan of a Fannie Mae to Fannie Mae DU Refi Plus refinanced loan commission credit rates are per the standard commission schedule

**5. Government Loans (FHA/VA).**
Commission credit rate on Government Loans funded by Employee shall follow the standard commission schedule.

**6. Non-Conforming Product Set.**
Commission credit rate on Non-Conforming Loans funded by Employee shall follow the standard commission schedule.

**7. Special Housing Programs (Bond Loans)**

Commission rate on Special Housing Programs and other special WFHM programs as announced by WFHM's Secondary Marketing Department (Federal, State or City Bond Programs, etc.) shall be per the standard commission schedule. There is no commission credit on the second mortgage of a DAP portion of a Bond Loan under $25,000 in loan size.

**8. Brokered Out Loans (Employer does not receive servicing).**

Effective March 15, 2011, Wells Fargo Home Mortgage no longer will allow Retail Broker Out applications.

**9. Wells Fargo Home Equity Loans and Lines of Credit.**

9.a. Home Equity Loans

Commission credit rate on Home Equity loans funded by Employee shall follow the standard commission schedule. Refinance commission rate to follow standard WFHM to WFHM refinance schedule. A minimum commission credit per Home Equity loan of $700. The minimum applies in total for $700 for a combination of a first and/or second Home Equity loan and line of credit.

9.b. Home Equity Lines

The following terms apply to Home Equity lines of credit, including purchase money, rate/term refinances, and cash out refinances on Home Equity lines of credit, including Home Asset Management Accounts.

Commission credit availability and rates

Employee will be eligible to receive commission credit for Home Equity Lines of Credit. The commission credit rate on Stand-alone Home Equity Lines of Credit and Simo Home Equity Lines of Credit is the standard commission schedule except that the commission credit rate on refinance is the same as the WFHM to WFHM refinance schedule.

Employee will not be eligible for commission credit on modifications, subordinations, equity lines to employees of Wells Fargo & Company, and refinances of existing lines of credit within one year of the original funding date. If the amount of the refinanced line is greater than the original amount, then commission credit shall be given on the incremental amount only.

Estimated and final commission credits

An initial, estimated commission credit will be granted when the Home Equity Line of Credit funds. This estimate will be based on the initial utilized balance only (that is, the amount the borrower receives at closing). Commissions paid on these estimates are tentative and not earned. The final commission credit will be based upon the final utilized balance on the Home Equity Line of Credit. The final utilized balance (for purposes of commission credit) shall be determined based on the ending balance of the billing cycle at the end of the third month. If the change is an increase equal to or greater than $5,000, then an upward commission credit adjustment shall be given based on the entire amount of the increase. If the change is a decrease greater than or equal to $5,000, then the estimated commission credit shall be adjusted downward by the entire amount of the decrease. Any utilized balance change that is not at least $5,000 or greater does not trigger a change in the commission credit.

The minimum commission credit on any line of credit is $50 regardless of utilized amount. The minimum commission credit on a purchase Simo Home Equity Line of Credit is $200 regardless of utilized amount.

Example

Example of increase:

| Event | Commitment | Balance | Commission |
|---|---|---|---|
| Initial Transaction (commission credit advance) | $1,000,000 | $750,000 | $750,000 x 43 bps = $3,225 |
| Three month review (final commission credit calculation) | $1,000,000 | $900,000 | $900,000 x 48 bps = $4,320 ($1,095 difference) |
| Total | | | $4,320 |

Example of Decrease:

| Event | Commitment | Balance | Commission |
|---|---|---|---|
| Initial Transaction (commission credit advance) | $1,000,000 | $750,000 | $750,000 x 43 bps = $3,225 |
| Three month review (final commission credit calculation) | $1,000,000 | $500,000 | $500,000 - $750,000 = -$250,000 x 43 bps = - $1,075 |
| Total | | | $2,150 |

10. Wells Fargo Employee Loans

Commission rate for loans originated by Employee for employees of Wells Fargo entities, including WFHM, shall be a flat 35 basis points of the funded loan volume. Employees can still be directed to the HOME Team 800 phone number. Those is a flat 10 bps prefer to refer commission credit for loans referred that fund through the HOME Team 800 phone number. No further commission rate adjustment for WFHM to WFHM refinance loans. No further commission rate adjustment for Wells Fargo Bank loan referrals.

Employees must refer 3-Step Employee Loans to the HOME Team for loan fundings. If the Employee does attempt to originate a 3-Step Employee loans, then there will be no commission credit on those fundings.

11. Premiere Asset Services Loans.

Commission rate for loans originated by Employee and derived from referrals from Premiere Asset Services shall be per the standard commission credit schedule.

12. Construction Loan Express (CLX) Loans

Commission rate at the construction loan close shall be a flat 25 bps. No unit credit at construction close.

Commission credit at the permanent loan funding shall be according to the standard commission schedule for that product, less any commission credit given at construction loan closing.

13. Builder Loans

Employees are required to collect the Builder Best fee within 35 days of the initial lock date. Violation of the fee collection policy could result in performance counseling, an informal or formal warning, and/or loss of the right to originate loans under the Builder Best Program.

Builder Loans with Extended Locks:

Employees are required to collect the Extended Lock fee within 35 days of the initial lock date, violation of the fee collection policy could result in performance counseling, an informal or formal warning, and/or loss of the right to originate loans under the Extended lock options.

14. Special Marketing Programs and Special Addendums.

Commission rate for special loans, non-standard products and unique arrangements shall be set forth in the applicable Program Guidelines.

15. Assumptions and Bridge Loans.

No participation by Employee except as set forth in applicable Program Guidelines.

16. Accommodation Loans.

No participation by Employee unless the loan comes out of accommodation status within 90 days of loan funding. Commission credit will not be given until the loan comes out of accommodation status unless approved by the Regional Sales Manager.

17. Mortgage Associate.

Upon voluntary request from Employee, and subject to WFHM's consent, WFHM may elect to hire a Mortgage Associate to assist Employee with securing residential mortgage business. In such a case, Employee shall no longer be eligible for commissions under the commission credit schedule herein, but instead will be eligible for commission credit under one of the three schedules set forth on the current Attachment B, Compensation Plan Amendment for Home Mortgage Associate, attached hereto and incorporated by reference, as it may be amended or modified by Employer from time to time. The applicable schedule shall be set forth on Employee's Attachment A.

In addition, Employee may voluntarily choose to split or share a portion of his/her commission credit with an Associate. To the extent that a Mortgage Associate and Employee agree to voluntarily share duties and split commissions, then solely for ease of administration the commission shall be calculated under the Employee's Employee ID number, and the commission share allocated to the Mortgage Associate shall be reflected as a line item adjustment on the Employee's commission report. Despite this accounting method, any commissions earned by the Mortgage Associate as a result of the commission split will be the Mortgage Associate's own earnings and the Associate shall be responsible for all payroll and income taxes on those amounts. To be effective, any voluntarily agreement to split commissions between an Employee and Mortgage Associate must be memorialized in Attachment A for the Employee and the Compensation Plan for the Mortgage Associate.

18. Prefer to Refer

Commission credit on any loan referred by Employee to a program specialist, or on any loan funded by Employee and derived from a referral from a program specialist, shall be granted in accordance with the Prefer to Refer Compensation Plan Addendum attached hereto and incorporated by reference, as it may be amended or modified by Employer from time to time.

19. Commission Sharing / Commission Splits.

In any case where Employee agrees to share or split commission credit on any loan with one or more eligible employees, total commission credit to all employees on that loan can exceed the commission schedule set forth herein. Any commission sharing / split can exceed the max commission level in total. Max commission split to the referring rep is $4,000. Max commission split to the funding rep is $9,000.

Example:
- $3M Loan Size
- Referring Rep: $3M x 25 bps Prefer to Refer = $7,500. Referral compensation capped at $4,000.
- Funding Rep: $3M x 38 bps standard tiering – 25 bps Prefer to Refer) = $11,400. Funding compensation capped at $9,000.

20. Reconciliation for Early Payment Defaults.

Earning commissions or other incentives on a loan is subject to the condition that the loan must not suffer an early payment default (EPD), as determined by a six (6) month review. EPD is defined as a borrower ninety days delinquent within the first six (6) months of payments coming due. If the loan is an EPD, then the commission credit originally granted will be adjusted downward by the entire amount of the commission rate of pay on that particular loan, excluding EPD loans with "life events". This means that the commission credit will be adjusted downward to zero bps for the commission rate of pay on that particular loan.

## C. Personal Production Performance Scorecard Bonus

The Performance Scorecard Bonus will consist of two objectives: Customer Loyalty Scores and Initial File Quality (IFQ) Rating Scores on personal production. The Performance Scorecard will be paid on Semi-Annual scores on personal production volume with no true-up or true-down. The performance periods are January 1st through June 30th and July 1st through December 31st.

*Note: The first performance period for 2011 will be April through June scores applied to April through June fundings. The second performance period for 2011 will be July through December scores applied to July through December fundings.*

Minimum Requirements.

Employee must be employed by WFHM or an affiliate on June 30th and December 31st to be eligible to be considered for Performance Scorecard Bonus as described above. If Employee is employed by WFHM on the respective dates above but not covered by this Plan for the entire performance period, Employee will be considered for the Performance Scorecard Bonus in accordance with the "Employment Status Changes" Plan provisions.

If Employee has a commission credit shortage (vs. any commission credit draw) on the first or second Performance Scorecard Bonus pay period, WFHM reserves the right to offset this shortage against the Performance Scorecard Bonus otherwise due.

Customer Loyalty Score Bonus

The Customer Loyalty Score Bonus is based on all of the responses received on all of the responses received on questions 4, 5, and 6 of the customer loyalty survey during the performance period on their personal production. If 60% or more of the Employee's responses receive 5s on all three questions, then the Employee will be eligible for a Customer Loyalty Score Bonus. The Employee can also qualify for the Bonus if their score on personal production is outperforming the company average during the applicable performance period.

The Bonus is three (3) bps on the Employee's funded volume during the applicable performance period. Monthly funded volume shall include purchase and refi funded volume. Corporate Connection funded volume, and Home Equity loans funded volume and lines of credit utilized balance volume (as described herein). Brokered out loans are excluded, and loans referred to other employees are excluded.

Loans trued-up to a minimum commission level will be eligible for an additional three (3) bps bonus during the performance period. Loans achieving the max commission credit per loan will not be eligible for an additional three (3) bps bonus during the performance period. This will include loans achieving a max commission credit when the monthly commission and performance scorecard bonus achieve the max commission + bonus credit in combination

Example: $1.5M loan size at 63 bps monthly commission credit = $9,450.
$1.5M loan size at 6 bps semi-annual performance scorecard bonus credit = $900
Monthly commission credit and semi-annual bonus credit = $10,350 in total
Total max commission + bonus credit payout will equal $10,500

IFO Score Bonus

The IFO Score Bonus is based on all of the IFO tool scores (includes canceled and denied loans) during the performance period on their personal production. If 80% or more of the Employee's files are scored in a "green" status, then the Employee will be eligible for an IFO Score Bonus during the performance period on their personal production. Green status shall be communicated in writing by WFHM and maybe modified from time to time

The Bonus is three (3) bps on the Employee's funded volume during the applicable performance period. Monthly funded volume shall include purchase and refi funded volume, Corporate Connection funded volume, and Home Equity loans funded volume and lines of credit utilized balance volume (as described herein). Brokered out loans are excluded, and loans referred to other employees are excluded

Loans trued-up to a minimum commission level will be eligible for an additional three (3) bps bonus during the performance period. Loans achieving the max commission credit per loan will not be eligible for an additional three (3) bps bonus during the performance period. This will include loans achieving a max commission credit when the monthly commission and performance scorecard bonus achieve the max commission + bonus credit in combination

Example: $1.5M loan size at 63 bps monthly commission credit = $9,450.
$1.5M loan size at 6 bps semi-annual performance scorecard bonus credit = $900
Monthly commission credit and semi-annual commission credit = $10,350 in total
Total max commission + bonus credit payout will equal $10,000

## D. Commissions.

Employee will be eligible to receive a monthly commission credit on personal production. With the Employee already receiving a bi-weekly salary, the Employee will not be eligible to receive a bi-weekly regular or guaranteed commission draw.

## E. New Employee Start-Up Option.

If Employee is a new employee of Employer, the start-up option below may be selected by the 1st level manager with approval from the 2nd level manager. The option will be in force for a limited period of time beginning with the first day worked. The start-up option requires approval of the Regional Sales Manager and an extension may be granted at the discretion of the Regional Sales Manager. The option may be reduced or eliminated on a prospective basis at the sole discretion of the Employer. Any loans registered after the expiration or termination of this option are subject to the standard commission schedule set forth above.

Commission Split Upon Registration/Funding
For loan registrations obtained during the term of this Option, the Employee's commission rate shall be specified by the 1st level manager on Employee's Attachment A. Commission credit at the rate specified on the Attachment A shall be given on mortgage loan registrations obtained and accepted into processing during this month. An additional commission credit at the rate specified on the Attachment A shall be given during the month the loan funds. In no case shall commission credit be given on credit-only applications. All loan types that pay outside of the standard tiering structure are not eligible for the Registration/Funding startup option.

The following loan types are some, but not all, examples of loan types excluded from this Option and commission credit shall be given per standard Plan terms:
- Wells Fargo to Wells Fargo Refinance Loans
- Relationship Product Loans
- Wells Fargo Employee Loans
- Referrals to Program Specialists (Prefer to Refer) including Corporate Connection and Program Connection
- Canceled Loans (if a loan cancels, the commission credit from the application will be adjusted from future fundings)

Employee's eligibility for this Option is conditioned on Employee continuing in employment through the end of the time period covered by the Option. If Employee's employment ends for any reason during the term of this option, all commission credits shall be determined per normal Plan terms.

F. **Fee Collection.** It is the responsibility of the Employee to collect up-front third party fees including, but not limited to, the appraisal and credit report. Employee acknowledges that failure to collect is a willful violation of the Employer policy. Employee's commission credit shall be adjusted to account for any uncollected fees on cancelled loans (including brokered out canceled loans) and denied loans unless the employee collects at least $350 (higher in select Divisions and Regions) of any third party fees owed on a given loan. If the Employee collects at least the established minimum in up-front fees, there will be NO commission credit adjustment for any additional uncollected fees on that particular loan.

G. **Monthly Volume Override.** Employee is eligible to earn a monthly override bonus on the funded volume of eligible sales of employees reporting directly to Employee. Override rate shall be determined each month by the total branch monthly funded units and the year-to-date branch Cost Per Loan (CPL) and according to the following schedule:

| Tier | Total Unit Credits | Column A Rates:<br>CPL >=76 bps &<br>>=$1,800 per loan | Column B Rates:<br>CPL <76 bps or <$1,800<br>per loan |
|---|---|---|---|
| 1 | < 30 | 1 | 3 |
| 2 | 30 - 42 | 2 | 4 |
| 3 | 43 + | 3 | 5 |

**Total Unit Credits**

Unit credit(s) include funded units originated by eligible sales employee reporting directly and indirectly to the Employee and the Employee's personal production.

Special unit crediting rules are as follows:

- Each purchase unit count as one (1). Each refi unit count as one (1).
- Each prefer to refer referrals to employees who are not in the Employee's territory shall be credited as one (1) unit.
- Construction/Perm loans shall be credited as one (1) unit in the month the construction loan funds and one (1) unit in the month the permanent loan funds.
- Renovation loans (Conventional and 203K) shall be credited as one (1) unit.
- Loans referred to the Corporate Connection platform shall be credited as one (1) unit.
- Home Equity loans funded as a first deed trust purchase mortgage will be credited as one (1) unit. No units will be credited for any other Home Equity loans or lines of credit.
- No units will be credited for brokered out loans.
- If two or more sales employees split commission on a loan, the unit will be credited for the sales employee indicated as the primary Home Mortgage Consultant on the loan. The unit credit shall not be split.

**CPL**

Cost Per Loan includes direct and fulfillment expense. Direct and fulfillment expense is defined as:

- Salaries & Overhead (not including HMCs or SMs) + Benefits & Taxes + Total Non-Comp Expense (includes Occupancy, Equipment, Advertising, etc.) It does not including bonus or commission expense.
- Fulfillment cost allocations

CPL performance is measured as a roll-up of all the branch(es) as indicated on the Employee's Attachment A. For the April-December 2011 plan year, the year-to-date CPL will be based on CPL for the year-to-date commencing April 1, 2011.

**Override Calculation**

The override rate shall be applied to the monthly funded volume of eligible sales of only those employees reporting directly to Employee. For example, if Employee has a Sales Manager direct report, then Employee is eligible to earn override on the funded volume of the Sales Manager but not on the funded volume of the Sales Manager's direct reports. Monthly funded volume of Employee's direct reports shall include purchase and refi volume, Corporate Connection volume, and Home Equity loans and lines of credit. Brokered out loans and Employee's personal transactions are excluded, and loans referred to employees outside the Employee's territory are excluded.

**Year-end Reconciliation of CPL (Column A & B):**
At the end of the plan year, the override will be reconciled based on the final year-to-date CPL level for the branch(es).

1.  **Minimum Requirements.**

Employee must be employed by WFHM or an affiliate on December 31" to be eligible to be considered for the Year-end Reconciliation as described below. If Employee is employed by WFHM on that date but not covered by this Plan for the entire calendar year, Employee will be considered for the Year-end Reconciliation in accordance with the "Employment Status Changes" Plan provisions as set forth in the Plan.

*Note.  The performance period for the year-end reconciliation under this Plan will be Apnl through December YTD CPL.  Year-end Reconciliation rules for YTD CPL will follow the provisions as set below.  In addition, a Year-end Reconciliation will be performed for January and February 2011 Monthly Volume Override, based on YTD NOI as of March 31, 2011, but otherwise applying the same reconciliation rules as are set out below and the same eligibility rule stated above (employed on December 31st)*

2.  Determining the Year-end Reconciliation

If the year-end CPL result corresponds to Column B, then the Employee shall be eligible for an additional override from any prior months the Employee was paid Column A rates.  The additional override will be equal to the funded volume in that month multiplied by the difference in the Column A and B rates in the unit tier achieved that month.  Note there is no year-end reconciliation of the unit tier.

If the year-end CPL result corresponds to Column A, then the Employee shall accrue an override deficit from any prior months the Employee was paid Column B rates.  The deficit will be equal to the funded volume in that month multiplied by the difference in the Column A and B rates in the unit tier achieved that month.  Note there is no year-end reconciliation of the unit tier.  The override deficit will be an unearned advance that will be subtracted from any remaining quarterly VFM Bonus for which Employee is eligible, and any remaining deficit shall be carried forward and subtracted from any quarterly VFM Bonuses in the following plan year.  The override deficit shall not be subtracted from Employee's base salary, monthly override or commission payments.

**Example:**
Branch achieves year-end CPL of **73 bps** and is eligible for Column B rates for all months.

| Month | Unit Tier | Monthly Override based on YTD CPL from | YTD CPL bps | Monthly Override Rate Paid | Override Rate per YTD Reconciliation | Additional Override Rate Due |
|-------|-----------|----------------------------------------|-------------|----------------------------|-------------------------------------|------------------------------|
| Oct | 1 | April 1 – Oct 31 | 78 bps | 0 (A) | 3 (B) | 3 |
| Nov | 2 | April 1 – Nov 30 | 76 bps | 2 (A) | 4 (B) | 2 |
| Dec | 3 | April 1 – Dec 31 | 73 bps | 5 (B) | 5 (B) | 0 |

In the example, the manager is eligible for an additional override for the months of October and November.  The additional would be 3 bps on October funded volume and 2 bps on November funded volume.  While this example is limited to the final three months, an actual reconciliation would apply to each month of the plan year (commencing April 1) the manager was paid Column A rates.

**H.  Monthly Volume Override Start-Up Option.**  If Employee is a new employee of Employer, the Regional Sales Manager may approve a guaranteed volume override.  Guaranteed volume override shall typically be limited to ninety days, at which time standard volume override provisions apply per Plan terms.

A guaranteed override shall be authorized for a limited amount of time for a new Branch Sales Manager as follows: A guaranteed override shall be defined as a non-recoverable monthly volume override whereby Employee receives that amount which is the greater of the two, standard volume override as set forth above, or the guaranteed monthly override, the second pay period of each month.  If the standard volume override is less than the guaranteed override, the difference is not carried over into the following month.

Note that the first payment of the guaranteed volume override shall be made on the second pay period of the month following the Employee's start date as a Branch Sales Manager, in accordance with the standard payment schedule for volume override.

**For Example:**
Employee is put on a guaranteed volume override of $300 per month payable the last pay period of each month for the first three months of employment commencing February 1 of the Compensation Plan Year.  If during the month of February, Employee's standard volume override is $200, Employee will receive the greater guaranteed monthly amount of $300.  If Employee's standard volume override is $500 for the month of March, Employee shall receive the $500 standard override payable the second pay period of April.  Starting in May, the override is no longer guaranteed and, therefore, reverts back to the standard volume override and its provisions per Plan terms.

### i. Quarterly Variable Forecast Model Bonus

Provided eligibility criteria are met, Employee shall be eligible to receive a percentage of the branches' volume against the performance of the branches as indicated on Employee's Attachment A.

1. Minimum Requirements

Employee must be employed by WFHM or an affiliate on June 30", September 30" and December 31" to be eligible to be considered for the Quarterly Variable Forecast Model ("VFM Bonus") (initial 50% payout) as described below. Employee must be employed by WFHM or an affiliate on December 31" to be eligible to be considered for the year-end true up (final 50% payout) of the VFM Bonus. If Employee is employed by WFHM on the respective dates above but not covered by this Plan for the entire calendar quarter, Employee will be considered for the Quarterly VFM Bonus in accordance with the "Employment Status Changes" Plan provisions as set forth in the Plan.

*Note: The performance period for VFM Bonuses under this Plan will be April through December YTD VFM results.*

*In addition, the Employee shall be eligible to earn a first quarter 2011 NOI bonus, based on a percentage of the branch(es)' net operating income for the quarter, determined under the Quarterly Net Income Bonus rate schedule in the 2010 plan and payable no later than 60 days following the end of the calendar quarter. Employee must be employed by WFHM or an affiliate on March 31" to be eligible to be considered for the initial 50% payout of the first quarter NOI bonus. Employee must be employed by WFHM or an affiliate on December 31" 2011 to be eligible to be considered for the year-end 50% payout of the first quarter 2011 NOI bonus.*

Provided eligibility criteria are met as set forth, Employee shall be eligible to receive a percentage of the branch(es) volume as determined by the schedule provided below and the performance of the branch(es) as indicated on Employee's Attachment A. Performance is measured as a roll-up of all the branch(es) against roll-up goals.

If Employee has an incentive pay credit shortage on the first VFM Bonus pay period in the next plan year, the shortage shall be an advance payment, and WFHM reserves the right to offset this advance against the total VFM Bonus amount for the Plan Year.

2. Definitions.

VFM volume for purposes of determining Employee's VFM Bonus shall be defined as total branch volume (including personal production, direct, and indirect report fundings). VFM volume will be calculated by the Finance Department for the Compensation Plan Year commencing April 1 through December 31 of the Compensation Plan Year.

3. Determining the VFM Bonus

The VFM Bonus is determined by actual fundings (volume) as a percentage of the VFM plan fundings for the branch(es) achieved and the following bonus schedule:

| | Fundings as a % of VFM Plan | |
| --- | --- | --- |
| 90% - 99.99% | 100% - 119.99% | 120% + |
| 2 bps | 4 bps | 5 bps |

Employee will be eligible to earn fifty percent (50%) of Employee's potential quarterly VFM bonus based on year-to-date production results through the end of the last day of the calendar quarters ending on June 30" and September 30", and will be eligible to earn one hundred percent (100%) of the Employee's potential quarterly VFM bonus based on year-to-date production results through the end of the last day of the calendar quarter ending on December 31"

The VFM bonus shall be trued-up at the end of each calendar quarter based on the year-to-date VFM results. If the VFM Bonus due based on year-to-date results is greater than actual VFM Bonus paid through the end of the calendar quarter, then the additional VFM Bonus due shall be paid no later than 60 days following the end of the calendar quarter. If the actual VFM Bonus paid is greater than the VFM Bonus, for which Employee is eligible based on the year-to-date results, then any excess shall be an advance that shall be carried forward to the following quarter and subtracted from any future VFM Bonus until the entire advance is recovered. Any advance remaining at plan year end will be carried over to the next plan year and subtracted from future VFM Bonuses.

## J. Direct & Indirect Report Performance Scorecard Bonus.

The Performance Scorecard Bonus will consist of two objectives: Customer Loyalty Scores and Initial File Quality (IFQ) Rating Scores on direct & indirect reports. The Performance Scorecard will be paid on quarterly scores on direct and indirect report production volume with no true-up or true-down.

*Note: The first performance period for 2011 will be April through June scores and fundings. The second performance period for 2011 will be July through September scores and fundings. The third performance period for 2011 will be October through December scores and fundings.*

Minimum Requirements.

Employee must be employed by WFHM or an affiliate on June 30th, September 30th and December 31st to the considered for Performance Scorecard Bonus as described below. If Employee is employed by WFHM on the respective dates above but not covered by this Plan for the entire performance period, Employee will be considered for the Performance Scorecard Bonus in accordance with the "Employment Status Changes" Plan provisions as set forth in the Plan.

### Customer Loyalty Score Bonus

The Customer Loyalty Score Bonus is based on all of the responses received on questions 4, 5, and 6 of the customer loyalty survey during the performance period on the Employee's direct and indirect reports. If Employee or more of the Employee's direct and indirect report responses receive 5s on all three questions, then the Employee will be eligible for a Customer Loyalty Score Bonus for the performance period. The Employee can also qualify for the bonus if their score on direct and indirect reports is outperforming the company average during the performance period.

The bonus is one (1) bp on the Employee's direct and indirect reports' funded volume during the performance period. Monthly funded volume shall include purchase and refi funded volume, Corporate Connection funded volume, and Home Equity loans funded volume and lines of credit utilized balance volume (as described herein). Brokered out loans and Employee's personal transactions are excluded, and loans referred to employees outside the Employee's territory are excluded.

### IFQ Score Bonus

The IFQ Score Bonus is based on all of the IFQ tool scores (includes canceled and denied loans) during the performance period on the Employee's direct and indirect reports. If 80% or more of the files of the Employee's direct and indirect reports are scored in a "green" status, then the Employee will be eligible for an IFQ Score Bonus for the performance period. Green status shall be communicated in writing by WFHM and may be modified from time to time.

The bonus is one (1) bp on the Employee's direct and indirect reports' funded volume during the performance period. Monthly funded volume shall include purchase and refi funded volume, Corporate Connection funded volume, and Home Equity loans funded volume and lines of credit utilized balance volume (as described herein). Brokered out loans and Employee's personal transactions are excluded, and loans referred to employees outside the Employee's territory are excluded

### Section V. PAYMENT SCHEDULE

A. General. Commissions shall be paid on the last pay period of each month based on the actual funding of mortgage loans by Employee during the previous month. The Semi-Annual Performance Scorecard Bonus on personal production shall be paid no later than 60 days following the end of the performance period. Monthly volume override shall be paid the last pay period of each month based on the actual funding of mortgage loans by eligible sales employees reporting directly to Employee during the previous month. The Year-end Override Reconciliation is payable no later than 90 days from the end of the plan year. Quarterly VFM Bonus due, if any, less amounts paid in true, per Plan terms, shall be paid no later than 60 days following the end of the performance period. The Quarterly Performance Scorecard Bonus on direct and indirect reports production shall be paid no later than 60 days following the end of the performance period.

**B. When Incentive Payments are Earned.** To earn commissions, bonuses, or other incentives under this Plan, the Employee must be actively employed by Wells Fargo through the date commission credit is granted and through the end of the applicable performance period, unless otherwise expressly provided in this Plan or required by applicable law. This is an express condition of earning incentives under this Plan, it being one purpose of this Plan to provide an incentive to the Employee to remain in employment with Employer. This condition also recognizes the Employee's ongoing job responsibilities with respect to the closing of loans on which the Employee may be eligible to receive commissions/incentives. As provided in this Plan, some commissions and other incentives are estimates when paid, or are subject to adjustments after they are paid. When paid, those commissions, bonuses, or other incentives are advances of anticipated wages and are not wages that the Employee has earned. Those advances are not earned until after all adjustments provided for in this Plan have been calculated and implemented, and the other terms and conditions of the Plan have been satisfied.

### Section VI. ADMINISTRATION

**A. Withholding Taxes.** Employer shall deduct from all payments under this Plan an amount necessary to satisfy federal, state or local tax withholding requirements. These obligations will be withheld from the Employee's compensation prior to payment.

**B. No Guarantee of Employment.** Participation in this Plan does not constitute a guarantee or contract of employment with WFHM, or participating employer. Such participation shall in no way interfere with any rights of WFHM, or participating employer, to determine the duration of a participant's employment or the terms and conditions of such employment. Therefore, each Employee shall remain an employee-at-will at all times during the duration of employment with Employer.

**C. Plan Administration.** The Plan Administrator is the EVP, Human Resources for WFHM. The Plan Administrator has the full discretionary authority to administer, interpret and construe the terms of the Plan. The Plan Administrator may, at any time, delegate to other personnel such responsibilities as it considers to be appropriate to facilitate the day-to-day administration of the Plan.

**D. Amendment and Termination of the Plan.** The Plan Administrator, with approval of the Head of WFHM, may amend, suspend or terminate the Plan at any time for any reason, with or without notice. No amendment, suspension or termination of the Plan shall adversely affect Employee's commission/incentive pay earned under the Plan prior to the effective date of the amendment, suspension or termination of the Plan.

**E. Dispute Resolution Process.** The Plan Administrator has the authority to resolve all issues and disputes related to the Plan. If Employee believes that his/her commission/bonus or other incentive pay is incorrect, either by being overpaid or underpaid, Employee must give written notice of the error to the Plan Administrator (or its delegate) within 60 days after Employee receives the incentive pay Employee believes to be incorrect. The notice should include calculations or other relevant facts supporting the request for review. Within 90 days, the Plan Administrator (or its delegate) will review the request to determine if there is an error and whether an adjustment is appropriate to offset the error. To the extent an adjustment is appropriate, the adjustment will generally be made within 30 days following the determination. All decisions by the Plan Administrator will be final, conclusive and binding.

**F. Attachment A.** All Attachment As are on-line for electronic usage and sign off. Follow instructions on the Attachment A website for instructions and frequently asked questions (FAQ). The link to the Attachment A is at http://bonuscommission.wfhm.homestead.wellsfargo.com/home.aspx

The Bonus Commission Accounting customer service number is: 515-213-2458.

| ELIGIBILITY/ EMPLOYMENT STATUS CHANGE | IMPACT ON: | |
|---|---|---|
| | Monthly Commission Credit | Semi-Annual Performance Scorecard Bonus |
| **New Hire, Transfer In, OR Promotion In** *(Employee becomes a participant subsequent to First day of the Plan Year)* | Eligible for monthly commission credit for funded loans for the position held for the partial month, subject to Plan terms. | Credit toward the Performance Scorecard Bonus will be awarded for actual eligible funded loan volume and scores received upon commencing immediately upon the effective date of new transfer or promotion into an eligible position subject to Plan terms. |
| **Transfer or Promotion Out** *(Employee discontinues Plan participation due to transfer or promotion into a non-eligible position within Wells Fargo)* | Eligible for monthly commission credit for eligible loans which fund within thirty (30) days after transfer or promotion out of a position covered by the Plan, or in accordance with state law, provided Employee remains employed with Wells Fargo for the thirty (30) day period following the transfer or promotion. | Credit toward the Performance Scorecard Bonus will be awarded for actual eligible funded loan volume and scores received through the effective date of transfer or promotion out of a position covered by the Plan, subject to Plan terms. Employee remains employed with Wells Fargo for the semi-annual performance period following the transfer or promotion.

Subject to transfers, credit toward the Performance Scorecard Bonus will be awarded for actual eligible funded loan volume and scores received commencing immediately upon the effective date of transfer or promotion into the new eligible position, subject to Plan terms. |
| **Voluntary Termination** *(Employee discontinues Plan participation due to voluntary termination of employment. If, at the time of voluntary termination, team member is eligible for Retirement, see "Retirement" below.)* | Eligible for monthly commission credit for eligible loans which fund within thirty (30) days after termination of employment, or in accordance with state law. No commission credit shall be awarded for loans which fund more than thirty (30) days after the date of termination of employment. | Not eligible for Performance Scorecard Bonus if Employee is not employed on June 30th or December 31st in accordance with the Plan terms unless Employee retires. (See "Retirement" below.) |
| **Involuntary Termination for Misconduct**\*\* | Failure to meet minimum standards and requirements disqualifies Employee from earning compensation under the Plan. No monthly commission credit shall be awarded for loans which fund in the month of termination. | Not eligible for Performance Scorecard Bonus if the Employee is not employed on June 30th or December 31st in accordance with the Plan terms. |
| **Qualifying Event Under Salary Continuation Pay Plan** *(Employee discontinues Plan participation due to a qualifying event under the WF Salary Continuation Pay Plan in effect at the time of the event)* | Eligible for monthly commission credit for eligible loans which fund within thirty (30) days after the end of the Employee's notice period. | A pro-rata share of the Performance Scorecard Bonus will be awarded, if any, based on actual scores and fundings through the calendar month that includes the end of Employee's notice period. |
| **Death or Retirement**\* | Eligible for monthly commission credit for eligible loans which fund within thirty (30) days after Employee dies or retires.\* No commission credit shall be awarded for loans which fund more than thirty (30) days after the date of death or retirement. Payment will be made to Employee, or Employee's estate. | Employee, or Employee's estate will be paid a pro-rata share of the Performance Scorecard Bonus based on the actual scores and fundings through the end of the calendar month in which Employee dies or retires.\* |
| **Approved Leave** | Normal commission credit, if any, per Plan terms will continue during the leave. | Eligibility for the Performance Scorecard Bonus will be awarded, if any, based on actual scores and fundings during the performance period. |
| **Paid Time Off** | Pay received for PTO is regular pay for the standard hours Employee would have worked if Employee were not using the PTO. This amount is advanced against the commission credit. Normal commission credit, if any, per Plan terms will continue during approved paid time off. | No impact to the Performance Scorecard Bonus. |

*For purposes of this Plan, Retirement is defined as the termination of employment after reaching the earlier of (i) age 55 with 10 years of service, (ii) 80 points [with one point credited for each completed age year and one point credited for each completed year of service], or (iii) age 65 with one completed year of service

**For purposes of this Plan, Misconduct means (i) Employee's receipt of notice of termination by Employer arising from 1) Employee's continued failure to substantially perform Employee's job duties, after receipt of written notice from Employer of the performance issues, 2) Employee's conviction of a crime that Employer determines requires termination or an act or omission that Employer determines renders Employee unbondable; 3) Employee's violation of Employer's policies including, but not limited to, Wells Fargo's Code of Ethics and Business Conduct, Information Security Policy or Compliance and Risk Management Accountability Policy, 4) violation of statutory, regulatory or any other compliance requirements applicable to Employer's business activities, 5) a breach of Employee's Employment Agreement or Trade Secrets Agreement with Employer and all exhibits and attachments thereto; and/or 6) brokering loans outside of Employer or one of its affiliates without Employer's knowledge and approval

| ELIGIBILITY/ EMPLOYMENT STATUS CHANGE | IMPACT ON: | | |
|---|---|---|---|
| | **Monthly Volume Override** | **Quarterly VFM Bonus** | **Quarterly Performance Scorecard Bonus** |
| **New Hire, Transfer In, OR Promotion In**<br><br>*(Employee becomes a participant subsequent to first day of the Plan Year)* | A pro-rata share of the monthly volume override will be awarded for the position held for the partial month and subject to Plan terms. | A pro-rata share of the Quarterly VFM Bonus will be awarded for the position held starting for the first full month in the calendar quarter after status change and in accordance with Plan terms | The Performance Scorecard Bonus will be awarded for <u>actual</u> eligible funded loan volume and scores received immediately upon the effective date of hire, transfer or promotion into an eligible position per Plan terms |
| **Transfer or Promotion Out**<br><br>*(Employee discontinues Plan participation due to transfer or promotion into a non-eligible position within Wells Fargo)* | A pro-rata share of the monthly volume override will be awarded for the position held for the partial month and subject to Plan terms. | A pro-rata share of the Quarterly VFM Bonus will be awarded for the position held for the partial quarter at the end of the month of the status change and in accordance with Plan terms. Employee remains employed with Wells Fargo for the quarterly performance period following the transfer or promotion | Credit toward the Performance Scorecard Bonus will be awarded for <u>actual</u> eligible funded loan volume and scores received through the effective date of transfer or promotion out of a position covered by the Plan, subject to Plan terms. Employee remains employed with Wells Fargo for the quarterly performance period following the transfer or promotion<br><br>Subject to transform, credit toward the Performance Scorecard Bonus will be awarded for <u>actual</u> eligible funded loan volume and scores received commencing immediately upon the effective date of transfer or promotion into the new eligible position, subject to Plan terms |
| **Voluntary Termination**<br><br>*(Employee discontinues Plan participation due to voluntary termination of employment. If at the time of voluntary termination, team member is eligible for Retirement, see "Retirement" below.)* | Monthly volume override is earned at the end of each calendar month. Should Employee's last day of employment be before the end of the calendar month of the Plan Year, a pro-rata share of the monthly volume override will be awarded for the position held for the partial month and in accordance with Plan terms. | Quarterly VFM Bonus is earned on the end of each calendar quarter of the Plan Year. Should Employee's last day of employment be before the end of the calendar quarter of the Plan Year, no quarterly VFM bonus will be paid | Performance Scorecard Bonus will not be awarded if the Employee is not actively employed on June 30th, September 30 or December 31st in accordance with the Plans terms, unless Employee retires (See "Retirement" below.) |
| **Involuntary Termination for Misconduct or Cause****| Monthly volume override is earned at the end of each calendar month. Should Employee's last day of employment be before the end of the calendar month of the Plan Year, no override will be paid. | Quarterly VFM Bonus is earned on the end of each calendar quarter of the Plan Year. Should Employee's last day of employment be before the end of the calendar quarter of the Plan Year, no bonus will be paid. | Performance Scorecard Bonus will not be awarded if the Employee is not actively employed on June 30th, September 30th or December 31st in accordance with the Plans terms. |
| **Qualifying Event Under Salary Continuation Pay Plan**<br><br>*(Employee discontinues Plan participation due to a qualifying event under the WF Salary Continuation Pay Plan in effect at the time of the event)* | A pro-rata share of the monthly volume override will be awarded, based on <u>actual</u> production through the calendar month that includes the end of Employee's notice period. | A pro-rata share of the bonus will be awarded, if any, based on <u>actual</u> production through the calendar month that includes the end of Employee's notice period. | A pro-rata share of the Performance Scorecard Bonus will be awarded, if any, based on <u>actual</u> scores and fundings through the calendar month that includes the end of Employee's notice period |

| Death or Retirement* | Employee's or Employee's estate, will be paid the monthly volume override due, if any, based on the actual performance through the end of the calendar month in which Employee dies or retires." | Employee's or Employee's estate will be paid a pro-rata share of the Quarterly VFM Bonus based on the actual performance through the end of the calendar month in which Employee dies or retires." | Employee's or Employee's estate, will be paid a pro-rata share of the Performance Scorecard Bonus based on the actual scores and fundings through the end of the calendar month in which Employee dies or retires." |
|---|---|---|---|
| Approved Leave | Monthly volume override due, if any, will be paid based on performance through the end of the calendar month that Employee goes on an approved leave | Quarterly VFM Bonus due, if any will be paid based on performance through the end of the calendar month that Employee goes on an approved leave | Quarterly Scorecard Bonus due, if any, will be paid based on actual scores and fundings through the end of the calendar month that Employee goes on an approved leave |
|  | Employee will not be eligible for the monthly volume override if Employee is on a full month leave after the leave commenced | Employee will not be eligible for the Quarterly VFM Bonus starting on the Employee's first full month on a leave period after the leave commenced | Employee will not be eligible for the Quarterly Scorecard Bonus starting on the Employee's first full month on a leave period after the leave commenced |
|  | Employee will be eligible for a pro-rata share of the monthly volume override for the month in which the Employee returns from an approved leave | Employee will be eligible for a pro-rata share of the Quarterly VFM Bonus for the month in which the Employee returns from an approved leave | Employee will be eligible for a pro-rata share of the Quarterly Scorecard Bonus for the month in which the Employee returns from an approved leave |
| Paid Time Off | No pro-ration will be applied to the monthly volume override. Full override due, if any, per Plan terms will be paid for approved paid time off. | No impact to the Quarterly VFM Bonus | No impact to the Performance Scorecard Bonus. |

For purposes of this Plan, Retirement is defined as the termination of employment after reaching the earlier of (i) age 55 with 10 years of service, (ii) 80 points (with one point credited for each completed age year and one point credited for each completed year of service), or (iii) age 65 with one completed year of service.

**For purposes of this Plan, Misconduct or Cause means (i) Employee's receipt of notice of termination by Employer arising from 1) Employee's continued failure to substantially perform Employee's job duties, after receipt of written notice from Employer of the performance issues; 2) Employee's conviction of a crime involving dishonesty or breach of trust or money laundering, conviction of a felony, or commission of a crime or any act that makes Employee ineligible for employment with Wells Fargo; 3) Employee's violation of Employer's policies including, but not limited to, Wells Fargo's Code of Ethics and Business Conduct, Information Security Policy or Compliance and Risk Management Accountability Policy; 4) violation of statutory, regulatory or any other compliance requirements applicable to Employer's business activities; 5) a breach of Employee's Employment Agreement or Trade Secrets Agreement with Employer and all exhibits and attachments thereto; and/or 6) brokering loans outside of Employer or one of its affiliates without Employer's knowledge and approval.

**Commissions and salaries during Short Term Disability (STD).** Employees are eligible to participate in the Wells Fargo & Company Short Term Disability Plan (the "STD Plan"). Detailed STD Plan information is available in the Benefits Book for Wells Fargo Team Members or by calling Leave Management at the HR Service Center, 877-HRWELLS (1-877-479-3557). Employee must use PTO to cover the STD Plan's seven-day waiting period.

For the period in which Employee receives benefits under the STD Plan, monthly commission credit will continue. Then separately a STD benefit payment.

The excess (if any) net commission credit is paid to the Employee. In no case shall the employee be paid less than the calculated STD benefit level each month while on Approved Leave.