UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE PACHECO DYER, PATRICIA STALLWORTH and MELISSA EDMUNDS, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.:  C 13-2858<br><br>**STIPULATION FOR DISMISSAL OF MELISSA EDMUNDS CLAIMS WITHOUT PREJUDICE**<br><br>**CLASS ACTION** |

### JOINT STIPULATION FOR DISMISSAL OF MELISSA EDMUND'S CLAIMS WITHOUT PREJUDICE

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is stipulated and agreed that Plaintiff, Melissa Edmunds, hereby dismisses her claims in this matter without prejudice against Defendant, with each party to bear their own fees and costs.

DATED:  December 12, 2013

/s/ Paul Berkowitz
Paul Berkowitz (CA SBN 251077)
Thomas R. Kaufman (CA SBN 177936)
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone (310)228-3700

/s/ John A. Yanchunis
John A. Yanchunis *(Pro Hac Vice)*
FL 324681
jyanchunis@forthepeople.com
Tamra Givens (*Pending Pro Hac Vice*)
FL 657638
tgivens@forthepeople.com
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

Facsimile (310)228-3701
*Counsel for Defendant*
WELLS FARGO BANK, N.A.

201 North Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone (813) 223-5505
Facsimile (813) 223-5402

Clayeo C. Arnold, CA SBN 65070
carnold@justice4you.com
Christine M. Doyle, CA SBN 106865
cdoyle@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, California 95825
Telephone (916) 924-3100
Facsimile (916) 924-1829
*Attorneys for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2013, a copy of the foregoing Stipulation for Dismissal Without Prejudice was filed electronically. All other parties will be served by E-Mail. Parties may access this filing through the Court's system.

/s/ John Yanchunis
**John Yanchunis**