UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE PACHECO DYER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 13-cv-02858-JST<br><br>**ORDER VACATING MOTION HEARING**<br><br>Re: ECF No. 35 |

    Before the Court is Plaintiffs' unopposed Motion for Preliminary Approval of Class Action Settlement. ECF No. 35. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that the parties' briefs have thoroughly addressed the issues, rendering the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for April 10, 2014, is hereby VACATED.

    **IT IS SO ORDERED**.

Dated: April 1, 2014

_____
JON S. TIGAR
United States District Judge