UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE PACHECO DYER, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　　Defendant. | Case No.  13-cv-02858-JST<br><br>**ORDER GRANTING MOTION FOR EXPENSES**<br><br>Re: ECF Nos. 51, 52 |

On October 22, 2014, the Court issued an order granting final approval of the settlement of this case and granting in part Plaintiffs' motion for attorneys' fees, expenses, and enhancement awards.  ECF No. 51.  In that order, the Court denied without prejudice Plaintiffs' motion for expenses and ordered class counsel to submit an itemization of expenses in support of the motion.  Id. at 14.  The Court explained that if class counsel, within ten days of the date of the order, provided documentation to support the claimed expenses, the Court would grant the motion for expenses and award class counsel the $46,309.84 in expenses that it requested.  Id.

On October 31, 2014, class counsel filed a detailed itemization of expenses that amounts to $46,309.84.  ECF No. 52.  The list itemizes each cost by event or category, and then provides sub-categories detailing what expenses were incurred within each event or category.  Id.  Class counsel also averred that the expenses were "reasonably incurred in connection with the prosecution and settlement of" the case.  Id.

\ \ \

\ \ \

\ \ \

\ \ \

1  Based on the foregoing, the Court finds that class counsel has substantiated the expenses it
2  claimed in its motion for attorneys' fees, expenses, and enhancement awards, and hereby
3  GRANTS Plaintiffs' motion for expenses.
4  **IT IS SO ORDERED.**
5  Dated: 11/5/14

_____
JON S. TIGAR
United States District Judge